**People of the State of Illinois, Appellee, v. Alonzo Roland, Appellant.**

Gen. No. 51,447.

First District, Second Division.

March 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Anthony J. Onesto, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.